**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CATHY HAYNES | § |
| | § |
| v. | §   Case No. 2:10-CV-596-JRG-RSP |
| | § |
| INDIAN HILLS HARBOR HOME | § |
| OWNERS ASSOCIATION, et al. | § |

## FINAL JUDGMENT

Currently before the Court is the Report and Recommendation filed by the Magistrate Judge on September 13, 2013 (Dkt. No. 96) recommending granting the Defendants' Motion for Summary Judgment (Dkt. No. 66, filed October 11, 2012). Having considered the findings and conclusions recommended therein, and there being no timely objections, the Recommendation is adopted. Accordingly,

IT IS ORDERED that the Defendants' Motion for Summary Judgment (Dkt. No. 66) is GRANTED and all federal claims asserted herein by Plaintiff are DISMISSED WITH PREJUDICE, and all state claims asserted herein by Plaintiff are DISMISSED WITHOUT PREJUDICE at plaintiff's costs. The Clerk is directed to close this case.

**So ORDERED and SIGNED this 30th day of September, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE